## Ashland D. FORTUNE, Plaintiff–Appellant,

v.

## TOWN OF LOUISA; Donald S. Gallihugh; Gregory H. Ferguson; Kimberly Sprouse, the Administratrix of the Estate of Henry Kennon, Defendants–Appellees.

### No. 01–2051.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 22, 2002.

Decided Feb. 4, 2002.

Philip S. Marstiller, Phillip S. Marstiller, P.C., Richmond, Virginia, for Appellant. Anton J. Stelly, William S. Smithers, Jr., Thompson, Smithers, Newman, Wade & Childress, Richmond, Virginia; William F. Etherington, Beale, Balfour, Davidson & Etherington, P.C., Richmond, Virginia, for Appellees.

Before LUTTIG and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Ashland D. Fortune appeals from the district court's orders granting Defendants' motion for summary judgment and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Fortune v. Town of Louisa,* No. CA–00–42–3 (W.D.Va. July 18 & Aug. 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Affirmed by unpublished PER CURIAM opinion.